IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                    Plaintiff,              )<br>                                                             )<br>          vs.                                           )<br>                                                             )<br>GUSTAVO LARA,                            )<br>                                                             )<br>                    Defendant.          ) | 8:06CR248<br><br>ORDER |

    This matter is before the court on defendant's unopposed motion to extend the deadline for filing pretrial motions [32]. The defendants has not filed a waiver of speedy trial as required by NECivR 12.1.  For cause shown,

    **IT IS ORDERED:**

    1.    Defendant's motion for extension of time [32] is granted, and defendant is given until and including **September 7, 2006** to file pretrial motions.

    2.    The ends of justice will be been served by granting defendant's motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., the time **between August 23, 2006 and September 7, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defense counsel requires additional time to adequately prepare the case, taking into consideration the diligence of counsel. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

    3.    Defendant shall file a waiver of speedy trial as soon as is practicable.

    **DATED August 22, 2006.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**