IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR248 |
| | ) | |
| GUSTAVO LARA, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the following is set for hearing on **October 5, 2006** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Motion to Suppress  [35] filed by the defendant

    Defendant's Motion to Extend Time to File Brief [36] is granted.   Defendant's brief shall be due on or before September 21, 2006.

    Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

    DATED this 14th day of September, 2006.

                              BY THE COURT:

                              s/ F.A. Gossett
                              United States Magistrate Judge