IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 8:06CR248 |
| GUSTAVO LARA, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

Before the court is defendant's Motion to Withdraw Motion to Suppress [42]. The motion is granted and the pleading [35] is deemed withdrawn. The hearing scheduled for October 12, 2006 at 9:30 a.m. is cancelled.

IT IS SO ORDERED

DATED this 6th day of October, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge